**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RONY COLINDRES ESCOBAR,

                        Plaintiff,                    22 **CIVIL** 6755 (SLC)

     -v-                                     **JUDGMENT**

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

                        Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated February 14, 2023, that the action be, and

hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42

U.S.C. § 405(g), for the purpose of conducting further administrative proceedings.

**Dated:**  New York, New York
        February 15, 2023

                                   **RUBY J. KRAJICK**

                                    **Clerk of Court**

             **BY:**          *K. Mango*

                                    **Deputy Clerk**